UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                             )
                                                  )   Case No. _____
                                                  )
                                                  )   MOTION TO REOPEN CASE  AS TO MICHAEL B. LOVELESS ONLY
                                                  )   AND, IF APPLICABLE,
                                                  )   TO VACATE DISMISSAL
Debtor(s)                                         )

    The debtor moves the court for an order reopening the above-captioned case. The debtor states that [Check all applicable boxes]:

    ☐ the court entered an order closing the case on _____.

    ☐ the court entered an order of dismissal in this case on _____ for the reason(s) that:

    The debtor states both: (a) debtor has paid the reopening fee and any unpaid balance of the original filing fee, and (b) the following ground(s) exist under Fed. R. Bankr. P. 9024 for entry of an order reopening:

    If the court has entered an order of dismissal, the debtor further states the following ground(s) exist under Fed. R. Bankr. P. 9024 for entry of an order vacating the dismissal:

    I declare under penalty of perjury that the information contained above is true and correct to the best of my knowledge, information and belief.

_____
Signature of Debtor

_____
Signature of Joint Debtor (If applicable)

_____
Debtor(s) Current Service Address

_____

1367.92 (8/8/13)