OFT (6/4/13)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 24, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Michael B. Loveless** ) Case No. **02–42719–rld7**
**Connie L. Loveless** )
 *Other names used by debtor:* Oregon Cartage )
Debtor(s) ) ORDER AND NOTICE
 ) OF TIME TO FILE CLAIMS
 )
 )

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **4/28/14** for all creditors, except for governmental units who must file by the later of either **4/28/14** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

 Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.