DISTRICT OF OREGON
**FILED**
**May 13, 2014**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No. **02-42719-rld7** |
| **Michael B. Loveless and Connie L. Loveless** | ) | |
| | ) | APPLICATION TO EMPLOY ATTORNEY |
| | ) | ***ON CONTINGENT FEE BASIS***; |
| Debtor(s) | ) | **AND ORDER AND NOTICE THEREON** |

1. The trustee applies to employ **Maria Liesl "Sam" Ruckwardt/O'Donnell Clark & Crew LLP**, OSB# **041036**, whose address is **O'Donnell Clark & Crew LLP, 1650 NW Naito Pkwy Ste 302, Portland OR 97209 / Phone: 503 306-0224**, to provide the following services:
**litigation or settlement and recovery of damages from the "personal injury claim" of Mr. Loveless listed on the Debtors' schedules with an "unknown" value (the "Claim").**

2. The terms of the attorney's contingent fee agreement are:
**40% of total recovery, except 45% of recovery after appeal. If attorney fees are awarded by a court, then either all court-awarded fees collected plus 25% of the basic award or else the 40%/45% award, whichever is greater. Costs shall be advanced by Applicant or Debtor (i.e., not the Estate) and any advanced costs shall be deduced from the award after the fee percentage. If applicable, punitive damages not paid to the State (i.e., 30% of the punitive damages paid) shall be split between Applicant (15%) and the Estate (15%).**

3. The contingent fee is appropriate because:
**Mr. Loveless and Applicant had previously agreed to these same terms, and the Trustee and Applicant expect that the Claim will be successfully resolved through a court-noticed/-approved settlement that will be pay all creditors in full.**

4. The details of any settlement offers to date are:
**All settlement discussions remain confidential, however, the Trustee and Applicant expect that the Claim will be successfully resolved through a court-noticed/-approved settlement that will be pay all creditors in full.**

***** SEE NEXT PAGE *****

5. To the best of the trustee's knowledge said attorney has no connections with the entities listed in the verification below, except as described therein.

DATE: _____                                                          _____
                                                                                                                  Trustee

     I, the attorney named above, verify that I will be the trustee's attorney of record; I have read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and my firm has no connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:

_____
Attorney Signature

     **IT IS ORDERED AND NOTICE IS GIVEN** that employment of the above named attorney is authorized on the contingent fee basis stated in pt. 2 above, unless within 23 days of the date in the "FILED" stamp on page 1 an interested party BOTH (1) files a written objection to such employment on the above terms, <u>setting forth</u> the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; <u>OR</u> if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401); <u>AND</u> (2) serves a copy on the trustee at _____
_____.

###