**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 29, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Michael B. Loveless** )
**Connie L. Loveless** )
    *Other names used by debtor:* Oregon Cartage )
Debtor(s) )
)
)
)
)
)

Case No. **02–42719–rld7**

NOTICE OF POSSIBLE
SURPLUS ASSETS TO
CREDITORS WHO HAVE
NOT FILED CLAIMS

It appears there will still be assets remaining in this estate after payment in full of all timely filed claims. Those remaining assets will be returned to the debtor(s) if more claims are not filed, and therefore:

If you haven't already filed your claim in this case, it is probable you may receive some return on the monies you are owed, normally on a pro–rata basis unless the Bankruptcy Code provides otherwise, from the remaining assets if you file a proof of claim by the later of the following:

1. 21 days from the "FILED" date above;

2. The filing of the Trustee's Final Report and Application for Compensation; or

3. The last date set for requesting a hearing on a Trustee's Final Report and Application for Compensation, and Notice Thereon.

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) Use Official Bankruptcy Form B10 (Proof of Claim) available at www.uscourts.gov/bkforms;

(b) If not filed electronically, file with the Clerk, U.S. Bankruptcy Court, 1001 SW 5th Ave #700, Portland, OR 97204;

(c) If you have already filed a claim in this case, do not file it again; and

(d) Creditors who file more than 10 documents per year with the court are required to do so electronically per Local Bankruptcy Rule 5005–4.

Creditors: More information is available at www.orb.uscourts.gov.