UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: MICHAEL & CONNIE LOVELESS  |     Case No:  02-42719
                                                |     Claim No.:  13
                                                |
                                                |     Withdrawal of Proof of Claim
                                                |
                                                |
_____|

Creditor, DB Servicing Corporation, hereby notifies the Court and the Trustee that

Claim No.  13    filed on   03/18/2014   is hereby withdrawn.

By:  /s/ Darlene Slusher
             Sr. Bankruptcy Specialist
             DB Servicing Corporation